[No. 15772-1-II.   Division Two.   December 17, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT V. MARRS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 59772, Thomas R. Sauriol, J., entered March 31, 1988. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Alexander, C.J., and Seinfeld, J.

[No. 30570-1-I.   Division One.   December 20, 1993.]

RANDY C. PEPPER, *Respondent*, v. GEORGE B. TELLEVIK, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Skagit County, No. 89-2-00300-0, Gilbert E. Mullen, J., entered April 1, 1992. *Affirmed in part* and *remanded* by unpublished opinion per Agid, J., concurred in by Pekelis, A.C.J., and Scholfield, J.

[No. 31651-6-I.   Division One.   December 20, 1993.]

THE BOEING COMPANY, *Respondent*, v. NORMAN C. LANGE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-2-06620-3, Robert H. Alsdorf, J., entered September 25, 1992. *Reversed* by unpublished opinion per Forrest, J., concurred in by Kennedy and Agid, JJ.

[No. 31656-7-I.   Division One.   December 20, 1993.]

RAYNARD M. SMITH, ET AL, *Appellants*, v. TOM O'BRIEN CONSTRUCTION COMPANY, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 91-2-13057-4, Norman W. Quinn, J., entered October 5, 1992. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Pekelis, A.C.J., and Agid, J.